IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00105-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

NICHOLAS WALKER,

      Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY DAVID M. EBEL

      The Sentencing Hearing scheduled for November 8, 2010, at 11:00 a.m. has been <u>rescheduled</u> to **November 4, 2010, at 11:00 a.m.**

      DATED: August 3, 2010