# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**) |
| v. | Case Number: 10-cr-00105-MSK-01 |
| | USM Number: 36869-013 |
| NICHOLAS WALKER | Boston Stanton, Appointed<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 2 through 6, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Failure to Report to the Probation Officer as Directed | 04/07/15 |

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not committed violation 1 and is discharged as to such violation.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

June 7, 2016
Date of Imposition of Judgment

*Marcia S. Krieger* (signature)
Signature of Judge

Marcia S. Krieger, Chief U.S. District Judge
Name & Title of Judge

June 14, 2016
Date

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Report to the Probation Officer as Directed | 04/20/15 |
| 4 | Failure to Participate in Substance Abuse Testing as Directed by the Probation Officer | 04/22/15 |
| 5 | Violation of the Law | 05/27/15 |
| 6 | Possession of a Firearm or Destructive Device | 05/27/15 |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of time served (concurrent with Case No. 15-cr-00283-MSK-01).

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal