**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 16 2016

JEFFREY P. COLWELL
CLERK

JUDGE KRIEGER I KNOW ITS A LONG LETTER - BUT PLEASE READ THE WHOLE THING. I KNOW YOUR TIME IS VERY VALUEABLE - SO I THANK YOU VERY MUCH.

NICHOLAS WALKER

PLEASE EXCUSE MY PENMANSHIP AND SPELLING.

AUGUST 5TH 2016

YOUR HONORABLE JUDGE KRIEGER

FIRST AND FOREMOST I WOULD LIKE TO SAY THANK YOU. THANK YOU FOR BELIVING IN ME AND TRYING TO GIVE ME ONE LAST CHANCE AT LIFE. ONE LAST SHOT TO TRY AND FOCUS ON BECOMING A POSITIVE, PRODUCTIVE MEMBER OF SOCIETY. IT REALLY DID MEAN MORE TO ME THAN YOU CAN EVEN IMAGINE. SO FROM THE BOTTOM OF MY HEART I REALLY DO MEAN THANK YOU.

FOR THE FIRST TIME IN MY LIFE I FELT LIKE I WAS ACTUALLY GOING TO BE GIVIN THE OPPURTUNITY TO IMPROVE MY SELF THRU CLASSES AND THERAPY. THAT I WAS GOING TO BE ABLE TO TRY AND GET SOME CONSULING AND BE ABLE TO WORK OUT SOME OF MY MENTAL HEALTH ISSUES. TO BE ABLE TO LEARN BETTER COPEING SKILLS OR TO CHANGE MY OUT LOOK ON MY LIFE. I WAS FULLY COMMITED TO DOING ANY THING AND EVERY

thing I could to try and ensure some positive progress in my life. To try and become overall a better man. Which would allow me to be a better father, husband, son, brother, nephew and employee. I wanted to break the cycle of negativity and all the pain that it has caused me and my loved ones. To do everything in my power to make sure my son becomes a better man than I ever could be.

Your Honor when I asked for your help or for the opportunity to help for myself I meant it. I don't want to be viewed as a danger or a threat to the public. I don't want to be a criminal or a drug addict. I'm so sick and tired of that life. As can be shown in all the types of behavior I've displayed. The suicides. Your Honor

I DONT WANT THIS TO BE WHAT MY LIFE HAS COME TO. I DONT WANT THIS TO BE THE ONLY THING IVE BEEN ABLE TO ACHIVIE. I DONT WANT TO LET ALL THE PEOPLE THAT BELIVIE IN ME DOWN. I DONT WANT TO LET MY SELF DOWN. AND I FELT LIKE WITH THE CHANCE YOU GAVE ME I WAS GOING TO BE ABLE TO NOT BE A STATISTIC.

UNFOURTANETLY, YOUR HONOR, AT THIS TIME IT IS BECOMING INCREASINGLY DIFFCULT WITH EVERY DAY THAT PASSES TO MAINTAIN THAT SAME OUT LOOK ON MY LIFE. I AM CURENTLY SITTING IN THE SOLITAIRY CONFINEMENT UNIT OF U.S.P BEAUMONT TEXAS. I HAVE BE IN HERE FOR 3 1/2 WEEKS AS OF TODAY. NOT FOR ANY TYPE OF CONSEQUENCE DUE TO MY BEHAVIOR.

I ARRIVED TO THIS FACILITY ON JULY 11th 2016 AND LESS THEN 24 HOURS LATER, ON JULY 12th I WAS VIOLENTLY ASSUALTED

by 2 other inmates. They jumped me and repeatedly kicked and punched me for about 4 or 5 minutes. I was able to break free from the attack and flee down a empty corridor. I hate to imagine what would of happen had I not been able to escape from the blind spot these individuals had me trapped in.

Now I am sitting in the "HOLE" waiting to get transferd to another maximum security prison. To another place where this will happen all over again. The process takes 3 to 4 months I'm told. So I have to sit 24 hours a day for 3 to 4 months for being the victim of a violent attack by 2 other inmates.

I am only allowed one phone call a month during this time - how can I maintain any positive relationship under

these conditions? As of right now I still am hopeful of being a better man, but it is very difficult to stay positive when I see nothing positive.

I have been abruptly cut off of my medication. I have no oppurtunity of classes groups or programs. I have had contact with 2 different therapist or "Dr's" since I've been in the custody of the B.O.P and both of them were very confrontational, stand offish and un-beiliving. Saying I was faking it and to do what I feel I need to do when I spoke of suicide. They stated that the evaluation you ordered meant nothing and was useless.

Your Honor everything that we tried to avoid has happen. All the stuff that has contributed to my mental health up to this point is being done again

MAXIMUM SECURITY PRISONS. SOLITARY CONFINEMENT. VIOLENCE. NO CLASSES, GROUPS OR THERAPY. ALL OF THIS IS THE CYCLE I AM BACK IN. AND IT HURTS ME CAUSE I DONT KNOW HOW I'M GOING TO COME OUT OF THIS AFTER MY TIMES UP. I REALLY DONT. I WANT TO CHANGE. YOU SAID IT RIGHT WHEN YOU SAID IF I DONT I WILL SPEND A VERY SHORT LIFE IN AND OUT OF PRISON. THATS NOT WHAT I WANT.

JUDGE KRIEGER I DONT EVEN KNOW IF THERE IS ANYTHING THAT YOU CAN DO. I KNOW ME AND MY ATTORNEY BOSTON STANTON HAVE TRIED AND SO FAR HAVE HAD NO SUCESS. IT APPEARS THAT THE B.O.P HAS LITTLE REGARD FOR MY SAFETY AND SUCESS. I FEEL LIKE MY SITUATION IS HOPELESS. BUT I DO WANT TO CHANGE AND I WILL CONTINUE TO STRIVE TO BECOME DIFFERENT. BUT BEING SENT TO THESE TYPE OF FACILITYS AND

Being forced to live like this it is a everyday struggle. And it gets harder everyday. Suicide and violent out bursts become more and more of my thoughts. And its scary to think like that. My DEPRESSION is at a all time high as well as my anxiety. I feel abandoned and hopeless.

Either way I wanted to write to you and express my feelings of gratitued to you for trying to give me my chance at rehabilatation.

Sorry to vent to you my negative circumstances - But I don't know what else to do.

Once agian thank you your Honor.

SINCERLY,
Nicholas Walker

NICHOLAS WALKER
#36869-013
United States Penitentiary
PO Box 26030
Beaumont TX 77720

Chief Judge Marcia S. Krieger
Alfred A. Arraj U.S. Courthouse A941
Court Room A901
901. 19th St.
Denver Colo 80294